IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3131 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH BRYAN JOHNSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's motion to reset the trial, (filing no. 17), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on March 7, 2011 or as soon thereafter as the case may be called in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 3rd day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge