IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3131 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KENNETH BRYAN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The defendant has moved to continue the trial currently set for May 31, 2011. Filing No. 23. Defense counsel needs additional time to confer with the defendant and prepare for a plea hearing or trial. The government has no objection to the motion.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 23), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on July 5, 2011 for a duration of three trial days. Jury selection will be at the commencement of trial.

3) The Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 5, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 21st day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge