## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:10CR3131** |
| vs. | |
| KENNETH BRYAN JOHNSON, | **DETENTION ORDER** |
| Defendant. | |

The defendant was afforded an opportunity for a hearing, but is currently being held in state custody on related charges, and he agreed to waive his right to a detention hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,

IT IS ORDERED:

1)      The defendant shall be returned to state custody for confinement on state charges.

2)      Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

February 17, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge